IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES OTIS CATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-808-T |
| | ) | (WO) |
| DEBORAH GRIFFIN, AUSA for the | ) | |
| Southern District of Alabama, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 30, 2005 (Doc. 3), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is transferred to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 26th day of September, 2005.

                                               /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE